UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PRIVATE BANK AND TRUST CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEAN CHARLES BOYCE, as Receiver for ) <br> EMERALD ISLE HOLDINGS LIMITED, ) <br> EMERALD PROPERTY HOLDINGS LIMITED, ) <br> EMERALD DEVELOPMENT HOLDINGS ) <br> LIMITED, AMBERGRIS CAY LTD, ) <br> AMBERGRIS CAY BUILDERS LTD, ) <br> AMBERGRIS CAY TRANSPORTATION CORP., ) <br> AMBERGRIS CAY UTILITIES LTD, ) <br> AMBERGRIS DEVELOMENTS LTD, and AC ) <br> LAND CO. LIMITED; BRITISH CARIBBEAN ) <br> BANK LIMITED; AMBERGRIS CAY ) <br> PARTNERSHIP; TURKS AND CAICOS ) <br> SPORTING CLUB AT AMBERGRIS CAY LTD; ) <br> AND JOHN DOES. ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO: <br> 1:12-CV-12171-DJC |

### *EMERGENCY* ASSENTED TO MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AND SERVE ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, Boston Private Bank and Trust Co. ("Boston Private"), hereby requests that this Court extend the deadline for Boston Private to file and serve its Opposition to Defendants' Motion to Dismiss for one week up to and including March 14, 2013.  As grounds for its Motion, Plaintiff states that it requires a brief extension of time to respond to the Motion to Dismiss due to unavoidable scheduling conflicts of its counsel, no other deadlines in this case will be affected by a modest one-week extension, and no other party will be prejudiced.

Plaintiff contacted Defendants, who have assented to the allowance of this Motion.

This motion has been filed on an emergency basis simply due to the closeness of the response deadline.

WHEREFORE, Plaintiff respectfully requests that this motion be allowed and that the deadline for Boston Private to respond to the Defendants' Motion to Dismiss be extended up to and including March 14, 2012.

>BOSTON PRIVATE BANK AND TRUST CO.,
>
>By its attorneys,
>
>Michael J. Duffy /s/
>James C. Fox (BBO #548664)
>Michael J. Duffy (BBO #652621)
>RUBERTO, ISRAEL & WEINER, P.C.
>255 State Street, 7th Floor
>Boston, Massachusetts 02109
>(617) 742-4200

Dated:  March 6, 2013

Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be send to those indicated as non-registered participants on the date set forth herein.

Dated:  March 6, 2013                                      /s/Michael J. Duffy

S:\WDOX\Lit\LIT\BPRV\00112\00259179.DOCX