# United States District Court
# District of Massachusetts

BOSTON PRIVATE BANK
    & TRUST CO.,
        Plaintiff,

V.                          CIVIL ACTION NO. 2012-12171-DJC

DEAN CHARLES BOYCE,
    ETC., ET AL.,
        Defendants.

## *NOTICE*

COLLINGS, U.S.M.J.

In view of the Order of Reference (#18) recently entered in the above-styled case and Judge Casper's assignment to try the case of *United States v. Bulger*, the Court requests that counsel file a joint submission notifying the Court in writing, ***on or before the close of business on Wednesday, April 24, 2013***, whether or not the parties in this case consent to the reassignment of this case to the undersigned United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

                                                      /s/ *Robert B. Collings*
                                                      ROBERT B. COLLINGS
April 10, 2013.                    United States Magistrate Judge