UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON PRIVATE BANK AND TRUST, CO.
_____
                    Plaintiff

              v.                                          Civil Action No.   1:12-CV-12171-DJC
                                                                          _____

DEAN CHARLES BOYCE, et al.
_____
                    Defendant

## NOTICE

        This case has been assigned to Magistrate Judge __Robert B. Collings__ for all purposes. Please read the attached General Order for further information regarding this assignment. Plaintiff, or defendant if the case is initiated by a Notice of Removal, is responsible for submitting this form to the Court advising that all parties consent to the Magistrate Judge's jurisdiction, or indicating that the consent is not unanimous. One document is to be filed.

        While consent to the assignment of the case to the Magistrate Judge is entirely voluntary, and no adverse substantive consequences of any kind will redound to an attorney or party refusing consent, submission of this executed form, memorializing consent or refusal to the final assignment to the Magistrate Judge is mandatory. This document is to be electronically filed with the Court within thirty days after the date of service on the last party.

### CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
### (To Be Completed Only If All Parties Consent)

        In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned *pro se* party or counsel of record consent to have the above named Magistrate Judge conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment, with direct review by the First Circuit Court of Appeals if any appeal is filed.

| Party Represented | Signature | Date |
|---|---|---|
| BOSTON PRIVATE BANK AND TRUST, CO. | /s/ Michael J. Duffy | April 24, 2013 |
| DEAN CHARLES BOYCE, et al. [1] | /s/ Christopher R. Blazejewski | April 24, 2013 |
|  |  |  |
|  |  |  |

(If additional space is needed, additional forms may be attached)

Respectfully submitted,
DEAN CHARLES BOYCE, et al.

By their attorneys,

/s/ Christopher R. Blazejewski
Debra Squires-Lee (BBO# 633619)
dsquires@sherin.com
Christopher R. Blazejewski (BBO# 665258)
cblazejewski@sherin.com
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
Tel: (617) 646-2000

Jeffrey S. Jacobson (pro hac vice)
jsjacobson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022

Dated:   __April 24, 2013_____          _____

                                             Plaintiff or Removing Party
                                             (through counsel, if appropriate)

                    BBO #          _____
                    Address:      _____
                                  _____

---

[1] DEAN CHARLES BOYCE, as Receiver for EMERALD ISLE HOLDINGS LIMITED, EMERALD PROPERTY HOLDINGS LIMITED, EMERALD DEVELOPMENT HOLDINGS LIMITED, AMBERGRIS CAY LTD, AMBERGRIS CAY BUILDERS LTD, AMBERGRIS CAY TRANSPORTATION CORP., AMBERGRIS CAY UTILITES LTD, AMBERGRIS DEVELOPMENTS LTD, and AC LAND CO. LIMITED; BRITISH CARIBBEAN BANK LIMITED; AMBERGRIS CAY PARTNERSHIP; and TURKS AND CAICOS SPORTING CLUB AT AMBERGRIS CAY LTD.